ANAHEIM CITY ATTORNEY'S OFFICE
ROBERT J. TYSON (SBN 187311)
Assistant City Attorney
E-mail: rtyson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant CITY OF ANAHEIM,
BRADLEY BELSHE, DEREK LE and
GRACE JULIENNE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANNE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM; BRADLEY BELSHE; DEREK LE; GRACE JULIENNE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-00846 DOC (JDEx)<br><br>Assigned to: Hon. David O. Carter<br>Dept.:      Ctrm. 10A<br><br>[PROPOSED] JUDGMENT<br><br>Action Filed:   April 16, 2024 |

The motion for summary judgment ("MSJ") of Defendants, City of Anaheim, Bradley Belshe, Derek Le and Grace Julienne ("Defendants") [ECF No. 27], came on for hearing before this Court on January 13, 2025, and Robert J. Tyson, Assistant City Attorney, appeared as attorney for Defendants. Gregory Peacock appeared as attorney for Plaintiff, Kimberly Anne ("Plaintiff").

On January 21, 2025, the Court issued its formal Order GRANTING Defendants' MSJ [ECF. No. 37], which order is incorporated by reference herein and sets forth the Court's reasons for granting the MSJ. This judgment follows.

## JUDGMENT

The Court having GRANTED the Defendants' MSJ, the Court having found that Defendants are entitled to judgment as a matter of law, and the Court

having issued its findings, ruling and orders regarding the Defendants' MSJ [ECF No. 37], which findings, rulings and orders are incorporated by reference herein, issues the following further order and judgment.

NOW THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that Defendants' MSJ having been granted, that Plaintiff's complaint and all causes of action against Defendants are dismissed with prejudice as to all Defendants, that the action in its entirety is dismissed on the merits, that judgment is entered in favor of City of Anaheim, Bradley Belshe, Derek Le and Grace Julienne, as against Plaintiff, that Plaintiff shall take nothing by her complaint filed herein against Defendants, and Defendants shall recover from Plaintiff their costs incurred in this action.

Dated: _____February 4__, 2025

By: /s/ David O. Carter
Honorable David O. Carter
United States District Judge

154416